IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT,      )   | |
|     Plaintiff,       ) | |
|            )   | |
| v.          )   | CIVIL ACTION 1:23-00003-KD-B |
|            )   | |
| CHARLES BARKLEY, *et al.,*     )   | |
|     Defendants.       )   | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 3, 2023 (Doc. 4) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) because the Plaintiff's Complaint is frivolous and malicious and fails to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the **3rd** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**