# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT,  )  | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | CIVIL ACTION 1:23-00003-KD-B |
| ) | |
| CHARLES BARKLEY, *et al.*,  ) | |
|     Defendants.  ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii) because the Plaintiff's Complaint is frivolous and malicious and fails to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the **3rd** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**